## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

HALLMARK INSURANCE COMPANY,

    Plaintiff,

v.                                                             Case No. 8:21-cv-1951-WFJ-AEP

MAIN LINE JET, LLC,
WILLIAM J. STROHOUER JR, D.O., P.C.,
and WILLIAM J. STROWHOUER, JR.

    Defendants,

v.

TEXTRON AVIATION, INC.,

    Third-Party Defendant.
_____/

## **ORDER**

The Court heard oral argument today on Plaintiff Hallmark Insurance Company's Motion to Compel (Dkt. 43). In accordance with the ruling made on the record, it is **ORDERED AND ADJDUGED** as follows:

1. Plaintiff Hallmark Insurance Company's Motion to Compel (Dkt. 43) is granted.

2. The responding parties must respond to the outstanding request to produce within ten (10) days. The responding parties have waived any objections to the request to produce because of the failure to timely object in writing. *See Abante*

*Rooter & Plumbing, Inc. v. Poundteam Inc.*, No. 20-mc-110-JSM-SPF, 2021 WL 2430835, at *2 (M.D. Fla. Apr. 6, 2021). Actual production must occur within fourteen (14) days.

3. Reasonable attorneys' fees and costs incurred with bringing the motion are awarded. *Id.* The parties should coordinate on payment and, if unable to agree, must file an appropriate motion with the Court.

**DONE AND ORDERED** at Tampa, Florida, on June 9, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel of record